| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gross, Kevin | 2. Court or Organization<br><br>U.S. Bankruptcy Court, DE | 3. Date of Report<br><br>06/21/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>824 N. Market St, 6th Floor<br>Wilmington, DE 19801 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Judicial Institute | 02/02 - 02/04/11 | Toronto, ON | insolvency seminar | transportation & lodging |
| 2. | Federal Bar Association | 03/11/11 | Wilmington, DE | bankruptcy litigation advocacy program | meal |
| 3. | New York Institute of Credit, ABF Journal and Tournaround Managment Association | 04/07/11 | Villanova, PA | networking conference | meal |
| 4. | ABI | 08/04 - 08/06/11 | Hershey, PA | mid-Atlantic workshop | lodging |
| 5. | Association of Insolvency Restructuring Advisors | 11/14/11 | New York, NY | conference | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gross, Kevin** | 06/21/2012 |

6. ABI           11/21/11         Wilmington, DE        conference        meal

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | State of Israel 7th Dev Reg Savings Amended Bond | A | Interest | J | T | | | | | |
| 2. | State of Israel 8th Infr & Absp Issue Bond | A | Interest | J | T | | | | | |
| 3. | State of Israel 8th Infr & Absp Issue Bonc | A | Interest | J | T | | | | | |
| 4. | State of Israel 8th Infr & Absp Issue Bond | A | Interest | J | T | | | | | |
| 5. | Newberger Berman Brokerage Account #1 | | | | | | | | | |
| 6. | -State Str Instl Invstr Tr US Govt Money Mkt FD Invstr Cl | A | Interest | | | Closed | 06/22/11 | J | | |
| 7. | -Dreyfus Treas Prime Cash Mgmt Inv Shs money market fund | | None | J | T | Open | 06/24/11 | J | | |
| 8. | -Schlumberger Ltd common stock | A | Dividend | J | T | Buy (add'l) | 07/21/11 | J | | |
| 9. | -Neuberger Berman Genesis FD Investor Class mutual fund | | None | | | Merged (with line 10) | 02/08/11 | K | | See Part VIII |
| 10. | -Neuberger Berman Genesis FD Institutional Class mutual fund | A | Dividend | K | T | Sold (part) | 12/16/11 | J | A | See Part VIII |
| 11. | | | | | | Buy (add'l) | 12/19/11 | J | | |
| 12. | -Neuberger Berman Intl Fund Investor Class mutual fund | | None | | | Sold | 08/29/11 | J | | |
| 13. | -Goldcorp Inc New common stock | A | Dividend | J | T | | | | | |
| 14. | -Sociedad Quimica Minera De Chile SA Apon ADR Ser B com stk | A | Dividend | J | T | | | | | |
| 15. | -SPDR Gold Tr Gold Shs common stock | | None | J | T | | | | | |
| 16. | -Range Resources Corp common stock | A | Dividend | J | T | Buy (add'l) | 01/18/11 | J | | |
| 17. | -EMC Corp - Mass common stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Philip Morris International Inc common stock | A | Dividend | J | T | Sold (part) | 05/27/11 | J | A | |
| 19. -Ishares TR FTSE XINHUA China 25 Index Fund | A | Dividend | | | Sold | 07/05/11 | J | B | |
| 20. -Potash Corp of Saskatchewan Inc CA Listed common stock | A | Dividend | J | T | | | | | |
| 21. -Google Inc Cl A common stock | | None | J | T | Sold (part) | 01/24/11 | J | A | |
| 22. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 23. -Cypress Semiconductor Corp common stock | | None | J | T | Sold (part) | 02/14/11 | J | B | |
| 24. -Kubota Corporation ADR common stock | A | Dividend | J | T | Buy (add'l) | 06/27/11 | J | | |
| 25. -Wynn Resorts Ltd common stock | A | Dividend | | | Sold | 06/22/11 | J | B | |
| 26. -Nintendo Co Ltd ADR new common stock | | None | | | Sold | 01/04/11 | J | A | |
| 27. -Cenovus Energy Inc common stock | A | Dividend | J | T | | | | | |
| 28. -Fosters Group LTD common stock | A | Dividend | | | Sold (part) | 08/19/11 | J | A | |
| 29. | | | | | Sold | 08/30/11 | J | A | |
| 30. -Yaskawa Electric Corp     common stock | A | Dividend | | | Buy (add'l) | 08/23/11 | J | | |
| 31. | | | | | Sold | 10/04/11 | J | | |
| 32. -Alpha Natural Resources common stock | | None | | | Sold | 11/10/11 | J | | |
| 33. -CNOOC Ltd Spon ADR common stock | | None | | | Sold | 04/20/11 | J | B | |
| 34. -Sanofi Aventis Spon ADR common stock | A | Dividend | J | T | Sold (part) | 01/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Valmont Industries Inc common stock | A | Dividend | J | T | Sold (part) | 02/18/11 | J | A | |
| 36. -Crescent Point Energy Corp common stock | A | Dividend | J | T | | | | | |
| 37. -Peabody Energy Corp common stock | A | Dividend | | | Sold | 10/05/11 | J | | |
| 38. -Occidental Pete Corp common stock | A | Dividend | K | T | | | | | |
| 39. -Treasury Wine Estates common stock | A | Dividend | J | T | Spinoff (from line 28) | 05/23/11 | J | | |
| 40. | | | | | Buy (add'l) | 07/14/11 | J | | |
| 41. -Alpha Natural Resources Inc common stock | | None | J | T | Buy | 10/05/11 | J | | |
| 42. -FMC Technologies Inc common stock | | None | J | T | Buy | 04/28/11 | J | | |
| 43. -Boeing Co common stock | A | Dividend | J | T | Buy | 08/31/11 | J | | |
| 44. -Honeywell Intl Inc common stock | A | Dividend | J | T | Buy | 08/25/11 | J | | |
| 45. -United Parcel Svc Inc common stock | A | Dividend | J | T | Buy | 01/24/11 | J | | |
| 46. -Linear Technology Corp common stock | A | Dividend | J | T | Buy | 05/27/11 | J | | |
| 47. -Silver Wheaton Corp common stock | | None | | | Buy | 07/12/11 | J | | |
| 48. | | | | | Sold | 10/20/11 | J | | |
| 49. -Neuberger Berman Eq FDS GBL Thematic Opp FD Instl mutual fd | A | Dividend | K | T | Buy | 08/31/11 | J | | |
| 50. M&T Bank checking account | A | Interest | J | T | | | | | See Part VII |
| 51. IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Guardian Fund Investor Class mutual fund | B | Dividend | K | T | | | | | |
| 53. IRA #2 | | | | | | | | | |
| 54. -Guardian Fund Investor Class mutual fund | B | Interest | K | T | | | | | |
| 55. MetLife-whole life | B | Dividend | J | T | | | | | |
| 56. MetLife-whole life | D | Dividend | K | T | | | | | |
| 57. MetLife-whole life | B | Dividend | J | T | | | | | |
| 58. MetLife-whole life | B | Dividend | J | T | | | | | |
| 59. 1/3 interest in Trisis-oil & gas royalty interest & land in | | | | | | | | | |
| 60. Scurry, Tyler & Wood Counties, TX | E | Royalty | O | W | | | | | |
| 61. IRA Rollover Acct #1 | | | | | | | | | |
| 62. -State St Instl Liquid Resvs Fd Shs Ben Int money mkt fd | A | Interest | | | Closed | 06/22/11 | N | | |
| 63. -Dreyfus Treas Prime Cash Mgmt Inv shs money mkt fd | | None | N | T | Open | 06/24/11 | N | | |
| 64. -Sociedad Quimica Minera de Chile SA Spon ADR Ser B common | A | Dividend | K | T | Sold (part) | 01/10/11 | K | E | |
| 65. -Ishares Tr FTSE Xinhua HK 25 Index common stock | B | Dividend | | | Sold | 07/05/11 | L | E | |
| 66. -Neuberger Berman Genesis FD Investor Class mutual fund | A | Dividend | K | T | | | | | |
| 67. -Neuberger Berman Intl Fund Investor Cl mutual fund | | None | | | Sold | 02/18/11 | K | | |
| 68. -Philip Morris International common stock | B | Dividend | L | T | Sold (part) | 05/12/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares TR NASDAQ Biotechnology Index Fd common stock | A | Dividend | L | T | | | | | |
| 70. -EMC Corp-Mass common stock | | None | K | T | Buy (add'l) | 07/19/11 | K | | |
| 71. -SPDR Gold Tr Gold Shs common stock | | None | L | T | | | | | |
| 72. -Schlumberger Ltd common stock | A | Dividend | K | T | Buy (add'l) | 04/21/11 | K | | |
| 73. -Southwestern Energy Co common stock | | None | K | T | | | | | |
| 74. -Norfolk Southern common stock | B | Dividend | | | Sold (part) | 05/04/11 | J | C | |
| 75. | | | | | Sold (part) | 10/18/11 | K | C | |
| 76. | | | | | Sold | 12/01/11 | K | D | |
| 77. -Range Resources Corp common stock | A | Dividend | L | T | | | | | |
| 78. -CISCO Systems Inc common stock | A | Dividend | | | Sold | 04/19/11 | K | | |
| 79. -Potash Corp of Saskatchewan Inc CA Listed common stock | A | Dividend | K | T | Buy (add'l) | 11/02/11 | K | | |
| 80. -Google Inc common stock | | None | L | T | Buy (add'l) | 04/21/11 | J | | |
| 81. -Unilever N V New York Shs New ADR common stock | B | Dividend | L | T | | | | | |
| 82. -Ishares Inc MSCI Japan Index Fd | A | Dividend | K | T | | | | | |
| 83. -Wisdomtree Tr India Earnings FD ETF | | None | | | Sold | 01/24/11 | J | | |
| 84. -Iconix Brand Group Inc common stock | | None | | | Sold | 05/20/11 | K | D | |
| 85. -United Parcel Svc Inc Cl B common stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Cypress Semiconductor Corp common stock | A | Dividend | K | T | Sold (part) | 01/26/11 | K | D | |
| 87. -Kubota Corporation common stock | B | Dividend | L | T | | | | | |
| 88. -Wynn Resorts common stock | A | Dividend | | | Sold (part) | 06/13/11 | J | D | |
| 89. | | | | | Sold | 06/23/11 | K | E | |
| 90. -Goldcorp Inc common stock | A | Dividend | K | T | | | | | |
| 91. -CNOOC Ltd Spon ADR common stock | | None | | | Sold | 04/19/11 | K | D | |
| 92. -Nintendo Co LTD ADR New common stock | | None | | | Sold | 01/04/11 | K | A | |
| 93. -Calfrac Well Services LTD common stock | A | Dividend | | | Sold (part) | 01/13/11 | K | D | |
| 94. | | | | | Sold | 05/18/11 | K | D | |
| 95. -Fosters Group Ltd common stock | C | Dividend | | | Sold | 10/10/11 | K | E | |
| 96. -Cenovus Energy Inc common stock | B | Dividend | L | T | | | | | |
| 97. -Yaskawa Electric Corp common stock | A | Dividend | | | Sold | 10/06/11 | K | | |
| 98. -Alpha Natural Resources Inc common stock | | None | K | T | Buy (add'l) | 08/23/11 | J | | |
| 99. | | | | | Buy (add'l) | 10/05/11 | K | | |
| 100. | | | | | Sold (part) | 11/11/11 | K | | |
| 101. -Sanofi Aventis Spon ADR common stock | C | Dividend | L | T | | | | | |
| 102. -Peabody Energy Corp common stock | A | Dividend | | | Sold | 10/05/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Valmont Industries Inc common stock | A | Dividend | K | T | Sold (part) | 02/18/11 | K | D | |
| 104. -Crescent Point Energy Corp common stock | B | Dividend | K | T | | | | | |
| 105. -FMC Technologies Inc common stock | | None | L | T | Buy | 01/07/11 | K | | |
| 106. | | | | | Buy (add'l) | 01/27/11 | J | | |
| 107. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 108. | | | | | Buy (add'l) | 05/15/11 | K | | |
| 109. -Sino Forest Corp common stock | | None | | | Buy | 02/02/11 | K | | |
| 110. | | | | | Buy (add'l) | 03/18/11 | K | | |
| 111. | | | | | Sold (part) | 06/03/11 | J | | |
| 112. | | | | | Sold (part) | 06/06/11 | J | | |
| 113. | | | | | Sold | 06/07/11 | J | | |
| 114. -Neuberger Berman Intl Fund Inv Cl mutual fund | | None | | | Buy | 02/18/11 | K | | |
| 115. | | | | | Sold | 07/25/11 | K | A | |
| 116. -Halliburton Co common stock | A | Dividend | | | Buy | 05/18/11 | K | | |
| 117. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 118. | | | | | Sold | 10/03/11 | K | | |
| 119. -Linear Technology Corp common stock | A | Dividend | L | T | Buy | 05/24/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Centurylink Inc common stock | B | Dividend | K | T | Buy | 06/08/11 | K | | |
| 121.  -Silver Wheaton Corp common stock | | None | K | T | Buy | 07/12/11 | K | | |
| 122.  -Microchip Technology Inc common stock | A | Dividend | K | T | Buy | 07/12/11 | K | | |
| 123. | | | | | Buy (add'l) | 07/25/11 | J | | |
| 124.  -Agnico Eagle Mines Ltd common stock | A | Dividend | | | Buy | 07/12/11 | K | | |
| 125. | | | | | Sold | 10/28/11 | K | | |
| 126.  -Neuberger Berman Eq FDS GBL Thematic Opp Fd Inst mutual fun | A | Dividend | K | T | Buy | 07/25/11 | K | | |
| 127. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 128.  -Treasury Wine Estates US listed common stock | A | Dividend | K | T | Spinoff (from line 95) | 05/23/11 | K | | |
| 129. | | | | | Buy (add'l) | 07/13/11 | J | | |
| 130. | | | | | Buy (add'l) | 07/14/11 | J | | |
| 131. | | | | | Buy (add'l) | 07/28/11 | J | | |
| 132.  -Honeywell Intl Inc common stock | A | Dividend | K | T | Buy | 08/18/11 | K | | |
| 133.  -Boeing Co common stock | A | Dividend | L | T | Buy | 08/31/11 | K | | |
| 134. | | | | | Buy (add'l) | 09/15/11 | J | | |
| 135. | | | | | Buy (add'l) | 10/26/11 | K | | |
| 136.  -Novartis AG American depository shares | | None | K | T | Buy | 10/27/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA #3-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 138. IRA #4-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 139. Morgan Stanley Smith Barney brokerage account #1 | | | | | | | | | |
| 140. -Blackrock Global Allocation B mutual fund | A | Dividend | | | Sold | 09/12/11 | K | C | |
| 141. -Davis NY Venture FD B mutual fund | | None | | | | 08/01/11 | J | | See Part VIII |
| 142. -Munder Index 500 mutual fund | A | Dividend | | | Sold | 09/12/11 | K | | |
| 143. -Davis NY Venture A | | None | | | | 08/01/11 | J | | See Part VIII |
| 144. | | | | | Sold | 09/12/11 | K | D | |
| 145. -Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 146. -Citizens Utilities Co bond | A | Interest | | | Buy | 09/12/11 | K | | |
| 147. | | | | | Sold | 11/21/11 | J | | |
| 148. -Metlife Inc bond | A | Interest | | | Buy | 09/12/11 | K | | |
| 149. | | | | | Sold | 11/21/11 | J | | |
| 150. -Allstate Corp bond | A | Interest | | | Buy | 09/12/11 | K | | |
| 151. | | | | | Sold | 11/21/11 | J | | |
| 152. -Lincoln Natl Corp bond | A | Interest | | | Buy | 09/12/11 | K | | |
| 153. | | | | | Sold | 11/21/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Stancorp Finl Group bond | | None | | | Buy | 09/12/11 | J | | |
| 155. | | | | | Sold | 11/21/11 | J | | |
| 156.  -Nationwide Finl Svcs bond | | None | | | Buy | 11/21/11 | K | | |
| 157. | | | | | Sold | 12/29/11 | K | | |
| 158.  -Centurytel Inc bond | | None | J | T | Buy | 11/21/11 | K | | |
| 159.  -Goldman Sachs Group Inc bond | A | Interest | | | Buy | 11/21/11 | K | | |
| 160. | | | | | Sold | 12/29/11 | K | | |
| 161.  -Donnelley R R & Sons Co bond | A | Interest | | | Buy | 11/21/11 | K | | |
| 162. | | | | | Sold | 12/29/11 | K | | |
| 163.  -Lincoln Natl Corp bond | | None | K | T | Buy | 12/29/11 | K | | |
| 164.  -Bank America Corp bond | | None | K | T | Buy | 12/29/11 | K | | |
| 165.  -Citizens Util Co bond | | None | J | T | Buy | 12/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 9 - On 2/8/2011 Neuberger Berman Genesis FD Investor Class share class exchange/merger to Neuberger Berman Genesis FD Institutional Class.

Part VII, Line 10 - On 2/8/2011 Nebuberger Berman Genesis FD Institutional Class share class exchange/merger from Neuberger Berman Genesis FD Investor Class.

Part VII, Line 50 - During 2011 Wilmington Trust was purchased by M&T Bank and the account transferred to M&T Bank.

Part VII, Line 141 - On 08/01/11            shares of Davis New York Venture B were exchanged out for            shares of Davis New York Venture A.

Part VII, Line 143 - On 08/01/11            shares of Davis New York Venture A were exchanged in for            shares of Davis New York Venture B.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin Gross**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544